UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOANNE STONE** | **CIVIL ACTION** |
| **VERSUS** | **NO:  12-3022** |
| **LOUISIANA DEPARTMENT OF REVENUE** | **UNITED STATES MAGISTRATE JUDGE KAREN WELLS ROBY** |

### JUDGMENT

This matter having come before the Court on consent of the parties pursuant to 28 U.S.C. §636(c), for the reasons separately assigned in the Court's written opinion; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of the defendant, the Louisiana Department of Revenue, and against the plaintiff, Joanne Stone, dismissing with prejudice Stone's remaining Title VII retaliation claim and her state law defamation claim.

New Orleans, Louisiana, this  13th day of July 2016.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE